UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DOLEZAL FAMILY LIMITED PARTNERSHIP , Individually andDerivatively On Behalf of Nominal Defendant CHESAPEAKE ENERGY CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AUBREY K. MCCLENDON, RICHARD K. DAVIDSON, KATHLEEN M. EISBRENNER, V. BURNS HARGIS, FRANK KEATING, CHARLES T. MAXWELL, MERRILL A. MILLER, JR., DON NICKLES, and LOU SIMPSON,<br><br>　　　　Defendants,<br><br>- and –<br><br>CHESAPEAKE ENERGY CORPORATION,<br><br>　　　　Nominal Defendant. | Civil Action No. 5:12-cv-477-M |

**ENTRY OF APPEARANCE**

**COMES NOW** Steven W. Crow and hereby enters his appearance on behalf of Dolezal Family Limited Partnership, individually and derivatively on behalf of Nominal Defendant Chesapeake Energy Corporation as Attorney of Record.

Respectfully submitted,

**DELLUOMO & CROW**

By:___s/Steven W. Crow_____ _____
**DANIEL M. DELLUOMO, OBA #11810**
**STEVEN W. CROW, OBA #15676**
5617 North Classen Blvd.
Oklahoma City, Oklahoma  73118
(405) 843-0400
(405) 843-5005 (fax)
**ATTORNEYS FOR PLAINTIFF**

2